585 A.2d 352
STATE OF NEW JERSEY v. ROBERT MANCINE.

July 17, 1990.

Cross-petition for certification granted. (See 241 *N.J.Super.*
166, 574 *A.*2d 525)

585 A.2d 352
STATE OF NEW JERSEY v. THOMAS E. FORSYTHE.

July 17, 1990.

Petition for certification denied.

585 A.2d 352
STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL
PROTECTION v. 909 OCEAN AVENUE, INC. AND THE NA-
TIONAL STATE BANK, ELIZABETH OF NEW JERSEY, ET AL.

July 17, 1990.

Petition for certification denied.

585 A.2d 353
ALEXANDER LEVCHUK, ET AL. v. MILLSTONE TOWNSHIP,
RVP SAND CO., ET AL.

July 17, 1990.

Petition for certification denied.